In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00287-CV
_____


IN THE INTEREST OF T.R.H. JR.


**On Appeal from the County Court at Law**
**Liberty County, Texas**
**Trial Cause No. CV0901264**

## MEMORANDUM OPINION

Desireé Heller appealed the trial court's order in a suit to modify the parent-child relationship. The trial court granted a motion for new trial while the court maintained plenary power over the case. *See* Tex. R. Civ. P. 329b(e). On August 16, 2018, we notified the parties we would dismiss the appeal unless a party could establish that this Court had jurisdiction. No reply has been filed.

The notice of appeal invoked the Court's appellate jurisdiction to review a judgment that has been vacated. No other party has filed a notice of appeal. The

1

Court holds that it lacks jurisdiction over the appeal. Accordingly, the appeal is dismissed.

    APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on September 19, 2018
Opinion Delivered September 20, 2018

Before McKeithen, C.J., Horton and Johnson, JJ.